FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2015 MAR 11 AM 10: 01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15CR3023 |
|---|---|
| Plaintiff, | |
| vs. | INFORMATION |
| RONALD MOCKELMAN, | 18 USC § 115(a)(1)(B) and (b)(1)(B)(i) |
| Defendant. | |

The United States Attorney charges:

## COUNT I

On or about the 10th day of January, 2015, in the District of Nebraska, the defendant Ronald J. Mockelman, did threaten to assault DC, an employee of the United States Department of Transportation, with intent to impede, intimidate, and interfere with such employee while he was engaged in the performance of his official duties, and with intent to retaliate against such employee on account of the performance of his official duties.

In violation of 18 USC § 115(a)(1)(B) and (b)(1)(B)(i).

UNITED STATES OF AMERICA, Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

By: *[signature]*

ALAN L. EVERETT, #15387
Assistant U.S. Attorney
100 Centennial Mall North
487 Federal Building
Lincoln, NE 68508-3865
Tel: (402) 437-5241
E-mail: alan.everett@usdoj.gov

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

ALAN EVERETT
Assistant U.S. Attorney